UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Plam Beach Division

## CASE NO.: 24-CV-80182-AMC

GARFIELD SPENCE,

       Plaintiff,

vs.

1583 N MILITARY LLC,

       Defendant.

_____/

## STIPULATION OF DISMISSAL

Plaintiff, Garfield Spence, and Defendant, 1583 N Military LLC, by and through their counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims and causes of action.

Respectfully Submitted,

| | |
|---|---|
| **ALBERTO R. LEAL, ESQ., P.A.** | **LAW OFFICE OF CHRISTOPHER F. ZACARIAS, P.A.** |
| *Counsel for Plaintiff* | *Attorney for Defendant* |
| 8927 Hypoluxo Rd # 157 | 8660 W. Flagler Street, Suite 100 |
| Lake Worth, FL 33467-5262 | Miami, Florida 33144 |
| Telephone: 954-637-1868 | Tel.: (305) 403-2000 |
| Email: albertolealesq@gmail.com | Fax: (305) 459-3964 |
| | Email:  czacarias@zacariaslaw.com |
| | pleadings@zacariaslaw.com |

By: /s/ Alberto R. Leal _____
   Alberto R. Leal, Esq.
   Florida Bar Number: 1002345

By: /s/ Christopher F. Zacarias _____
   Christopher F. Zacarias, Esq.
   Florida Bar Number: 85609

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christopher F. Zacarias*
CHRISTOPHER F. ZACARIAS

### Service List

**Alberto R. Leal, Esq.**
Alberto R. Leal, Esq., P.A.
8927 Hypoluxo Rd # 157
Lake Worth, FL 33467-5262
Telephone: 954-637-1868
Email: albertolealesq@gmail.com
*Attorney for Plaintiff*