**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-80182-CIV-CANNON**

**GARFIELD SPENCE,**

     Plaintiff,

v.

**1583 N MILITARY LLC,**

     Defendant.

_____/

### ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice, filed on April 8, 2024 [ECF No. 7].  Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012).  As such, this case is **DISMISSED WITH PREJUDICE**, effective April 8, 2024, the date on which the parties filed their Stipulation of Dismissal [ECF No. 7].  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 9th day of April 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record